Gregory KELLY, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.

Supreme Court of Pennsylvania.

April 13, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of April, 2005, probable jurisdiction is noted and the order appealed is affirmed.